IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **RENEE R. BERRY,** *pro se*        ) | |
| ) | |
| **Plaintiff,**        ) | |
| ) | |
| v.        ) | Civil Action No.: **1:08cv697** |
| ) | (**JCC/TRJ**) |
| **GARY LOCKE, Secretary,**        ) | |
|   U.S. Department of Commerce,        ) | |
| ) | |
| **Defendant.**        ) | |

**DEFENDANT'S MOTION TO VACATE THE ORDER GRANTING PLAINTIFF**
***IN FORMA PAUPERIS* STATUS OR TO DISMISS THE COMPLAINT**

      The Defendant, Gary Locke, Secretary of the U.S. Department of Commerce, by and through undersigned counsel, and pursuant to 28 U.S.C. § 1915(e)(2), moves this Court to vacate is previous Order dated July 11, 2008, granting the Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* ("IFP") (Docket No. 3.) due to discrepancies between the IFP applications filed by the Plaintiff in the U.S. Court of Appeals for the Federal Circuit in Case No. 2008-3235, in this suit, and in the U.S. Court of Appeals for the Fourth Circuit, Case No. 9-1084 (submitted to this court in EDVA Civil Action No. 1:08cv459).

      The Defendant further requests that the Plaintiff be required to pay the Court's filing fees, or that her case be dismissed pursuant to 28 U.S.C. § 1915(e)(2) due to "untrue" allegations of poverty made in the IFP application submitted to this Court, in addition to such other remedies as this Court deems appropriate.

The Defendant also requests that his obligation to answer, move, or otherwise respond to the Plaintiff's suit be stayed pending resolution of this motion.

In support of this Motion, the Defendant submits a Memorandum of Points and Authorities and the exhibits attached thereto.

            Respectfully submitted,

            DANA J. BOENTE
            ACTING UNITED STATES ATTORNEY

By:     /s/_____
            Leslie B. McClendon
            Assistant United States Attorney
            Virginia Bar No. 43709
            Attorney for Defendant
            Office of the United States Attorney
            2100 Jamieson Avenue
            Alexandria, Virginia 22314
            Telephone:  (703) 299-3831
            Fax:  (703) 299-3983
            Email:  Leslie.McClendon@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of April, 2009, I will electronically file the **Defendant's Motion to Vacate the Order Granting Plaintiff *In Forma Pauperis* Status or to Dismiss the Complaint** with the Clerk of the Court using the CM/ECF system, and that an exact and true copy will be served by United States mail, first class postage prepaid, addressed to the following *pro se* Plaintiff:

Renee R. Berry
2827 Otis Street, NE
Washington, D.C. 20018

By: \_\_\_\_/s/_____
Leslie B. McClendon
Assistant United States Attorney
Virginia Bar No. 43709
Attorney for Defendant
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia  22314
Telephone:   (703) 299-3831
Fax:              (703) 299-3983
Email: Leslie.McClendon@usdoj.gov