Check Your Billing History    Change Client Code

# Case Summary
## U.S. Court of Appeals for the Federal Circuit

Click Here for **Case Details**, **Briefs**, or **Rehearings**

Click Here To **Search Again**

| | | |
|---|---|---|
| Short Case Title (Name) : | BERRY V MSPB | Docket Number : 2008-3235 |
| Lower Court/ Agency : | MSPB | Stand Alone Case |
| Lower Court/ Agency # : | DC531D070757-I-1 | |
| Notice of Appeal Received: | 5/5/2008 | |
| Notice of Appeal Docketed : | 5/6/2008 | |
| Certified List Filed: | 5/23/2008 | |
| Notice of Appeal Filed : | 5/5/2008 | |
| Fee Paid : | PD    Fee Amount : $450.00 | Receipt No : 050094 |

### ATTORNEYS BY PARTY AS LISTED FOR THIS CASE

Department of Commerce
Respondent
Withdrawn : 8/18/2008

PRINCIPAL ATTORNEY
SCHWIND, GREGG M.
-----
Agency : Department of Justice
1100 L Street, N.W., Room 12032, Washington, DC 20530
(202)353-2345 - Tel ; ext.
(202)514-8624 - Fax
EOA Filed :5/30/2008
Withdrawn:8/18/2008

Merit Systems Protection Board
Respondent

PRINCIPAL ATTORNEY
MORROW, CALVIN
Agency : Merit Systems Protection Board
1615 M Street, N.W., , Washington, DC 20419
(202)653-6772 - Tel ; ext.1280
(202)653-6203 - Fax
EOA Filed :9/15/2008

Renee R. Berry
Petitioner

OF COUNSEL ATTORNEY
BERRY, RENEE R.
Firm :
2827 Otis Street, NE, , Washington, DC 20018
( ) - Tel ; ext.
( ) - Fax
EOA Filed :5/20/2008

ADDITIONAL PARTY INFORMATION

DEFENDANT'S
EXHIBIT
1
1:08cv697

| PARTY | ADDITIONAL INFO |
|---|---|
| Department of Commerce | Respondent, WithDrawn on : 8/18/2008 |
| Merit Systems Protection Board | Respondent |
| Renee R. Berry | Petitioner |

2008-3235

---

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 03/30/2009 12:24:50 ||||
| PACER Login: | du2199 | Client Code: | |
| Description: | dkt summary | Search Criteria: | 2008-3235 |
| Billable Pages: | 1 | Cost: | 0.08 |

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## Official Caption[1]

2008-3235

RENEE R. BERRY,

          Petitioner,

v.

DEPARTMENT OF COMMERCE,

          Respondent.

Petition for review of the Merit Systems Protection Board in DC531D070757-I-1.

## Authorized Abbreviated Caption[2]

BERRY v COMMERCE, 2008-3235

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.

Check Your Billing History    Change Client Code

# Case Details
## U.S. Court of Appeals for the Federal Circuit
### BERRY V MSPB
### 2008-3235

Click Here for **Briefs**

Click Here for **Rehearings**

Click Here To **Search Again**

The following documents, **filed after 8/13/07**, are available for download:
official caption, entry of appearance, certificate of interest.
No other case documents are available electronically.

| Date | History |
|---|---|
| --- | . |
| 7/15/2008 | Appellant Principal Brief Filing Date |
| 9/29/2008 | Appellee or Cross Appellant Principal Brief Filing Date |
| 11/24/2008 | Appellant Reply Brief Filing Date |
| / / | Cross Appellant Reply Brief Filing Date |
| 9/29/2008 | Appendix Filing Date |
| 1/6/2009 | Calendared |
| 1/15/2009 | Disposition: Affirmed ; by Panel |
| 3/9/2009 | Mandated on |
| >> | *Please Note: The briefs above are only the most current.* << |

## MOTIONS AND OTHER ENTRIES
>> Please Note: Motions are listed first. Entries are listed last.<<

| | |
|---|---|
| 11/2/2008 | **MOTION:** Entry 25 :by Petitioner - Motion to file supplemental response to informal brief. **SERVICE :** by Mail on 10/31/2008 |
| | **ACTION:** Entry 27 :Motion granted. Filed: 11/24/2008 |
| 10/8/2008 | **MOTION:** Entry 22 :by Petitioner - Motion for an extension of time to file a response to Government's Brief. **SERVICE :** by Mail on 10/7/2008 |
| | **ACTION:** Entry 23 :Motion granted. Brief is due 11/17/08. Filed: 10/21/2008 |
| 7/15/2008 | **MOTION:** Entry 12 :by Petitioner - Motion for Stay. **SERVICE :** by Mail on 7/15/2008 |
| | **ACTION:** Entry 15 :Motion denied. Filed: 8/18/2008 |
| 7/7/2008 | **MOTION:** Entry 11 :by Respondent - Respondent's Motion to Recaption. **SERVICE :** by Mail on 7/7/2008 |
| | **ACTION:** Entry 16 :Motion granted. Revised official caption is reflected in the order. Board's brief is due within 40 days of the date of this order. Brief due 09/29/2008. Filed: 8/18/2008 |

| | |
|---|---|
| 6/11/2008 | **MOTION:** Entry 9 :by Petitioner - Motion for an extension of time to file brief. **SERVICE :** by Court on 6/16/2008 |
| | **ACTION:** Entry 10 :Motion granted. Brief due 7/15/08. Filed: 7/7/2008 |
| 5/20/2008 | **MOTION:** Entry 3 :by Petitioner - Motion and Declaration for Leave to Proceed in Forma Pauperis. **SERVICE :** by Court on 5/22/2008 |
| | **ACTION:** Entry 6 :Motion denied. Docketing fee must be paid in full within 14 days of the date of this order. Filed: 5/29/2008 |

**>> Entries for Case Number: 2008-3235 <<**

| | |
|---|---|
| **Entry 30 :** | 1/6/2009 :  Submitted ON THE BRIEFS. Panel: Rader, Gajarsa and Dyk. |
| **Entry 26 :** | 11/21/2008 :  NOTICE OF CALENDARING issued. Panel: 0901D on January 6, 2009. |
| **Entry 20 :** | 9/15/2008 :  Docketing Statement for respondent, Merit Systems Protection Board. |
| . | **SERVICE :** by Mail on 8/29/2008 |
| **Entry 19 :** | 9/15/2008 :  Entry of Appearance for Calvin Morrow as principal counsel on behalf of respondent, Merit Systems Protection Board. |
| . | **SERVICE :** by Mail on 9/15/2008 |
| . | **DOC :** : Berry 2008-3235 (9.15.08 EOA MORROW).PDF |
| **Entry 18 :** | 9/4/2008 :  Notice of rejection: The docketing statement for the respondent, MSPB received on 08.29.08 is rejected; No EOA. The attorney who signed the statement has not entered an appearance in the case. |
| . | **SERVICE :** by Court on 9/4/2008 |
| **Entry 17 :** | 8/18/2008 :  Official caption revised pursuant to the court's order of August 18, 2008. |
| . | **SERVICE :** by Court on 8/18/2008 |
| . | **DOC :** : Berry 2008-3235 (8.18.08 CAPTION).pdf |
| **Entry 8 :** | 5/30/2008 :  Entry of Appearance for Gregg M. Schwind as principal counsel on behalf of the respondent, the Department of Commerce. |
| . | **SERVICE :** by Mail on 5/30/2008 |
| . | **DOC :** : Berry 2008-3235 (5.30.08 EOA SCHWIND).PDF |
| **Entry 5 :** | 5/23/2008 :  Certified List from MSPB. |
| . | **SERVICE :** by Mail on 5/22/2008 |
| **Entry 7 :** | 5/20/2008 :  Entry of appearance for petitioner Renee R. Berry, pro se. |
| . | **SERVICE :** by Court on 5/30/2008 |
| . | **DOC :** : Berry 2008-3235 (5.20.08 EOA BERRY).PDF |
| **Entry 4 :** | 5/20/2008 :  Petitioner's Fed.Cir.R. 15(c) Statement Concerning Discrimination, selected #1. |
| . | **SERVICE :** by Court on 5/22/2008 |
| **Entry 2 :** | 5/6/2008 :  Official Caption. |
| . | **SERVICE :** by Court on 5/6/2008 |
| . | **DOC :** : Berry 2008-3235 (5.7.08 CAPTION).pdf |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 04/01/2009 10:02:48 ||||
| PACER Login: | du2199 | Client Code: | |
| Description: | dkt detail | Search Criteria: | 2008-3235 |
| Billable Pages: | 2 | Cost: | 0.16 |