Schwind, G. 12072

Form 6

FORM 6.  Motion and Declaration for Leave to Proceed in Forma Pauperis     RECEIVED

2008 MAY 20  PM 4:56

US COURT OF APPEALS
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ BERRY _____ v. _____ COMMERCE _____

No. 2008 **3235**

### Motion and Declaration for Leave to Proceed in Forma Pauperis

INSTRUCTIONS: If you do not pay the fee, file this completed form with your petition for review or notice of appeal within 14 days of the date of docketing.  Complete all questions in this application and then sign it.  Do not leave any blanks; if the answer to a question is "0", "none", or "not applicable "(N/A), write in that response.  If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case docket number, and the question number.  Failure to fully answer the questions may result in a denial of the motion.

Petitioner/Appellant hereby moves for leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915, in this case and submits the following declaration in support thereof:

I, _Renee R Berry_____, am the Petitioner/Appellant in the above-entitled case.  In support of my motion to proceed on appeal without being required to pay the docketing fee, I state that I am unable to pay the fee because of my poverty; that I believe that I am entitled to redress; and that the issues which I desire to present on appeal are the following:

_____

I further declare that the responses which I have made to the questions and instructions below relating to my ability to pay the docketing fee are true.

1.   For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months.  Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.  Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 2115 | $ | $ 2115 | $ |

DEFENDANT'S EXHIBIT
2
1:08cv697
PENGAD 800-631-6989

Form 6

FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)

| | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 1300 | $ | $ 1300 | $ |
| Public assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify) _____ | $ 0 | $ | $ 0 | $ |
| **Total monthly income:** | $ 3415 | $ | $ 3415 | $ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is pay before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Adept Services, Inc. | Smyrna, TN | | Contract work 150/ca |
| First InfoTech | Arlington, VA | 11/2007 – Present | Contract work 1300/case |
| US Patent & Trademark | Alexandria, VA | 9/1996 – 11/2007 | 4,500 |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is pay before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |

4. Are you presently incarcerated? ☐ Yes ☑ No If so, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Form 6

FORM 6. Motion and Declaration for Leave to Proceed In Forma Pauperis (continued)

5.  How much cash do you and your spouse have? $ 7,000

Below, state any money you or your spouse have in bank accounts or in any other financial institution. State the average monthly balance.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NASKFCU | Checking /Savings | $ 7,000 / 100 | $ — |
| PRD FCU | Checking / Savings | $ 150 | $ — |

6.  List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| 3607 Ohio St NE | 350,000 | | | | |
| 47 Sheridan St, NE | 250,000 | | | | |
| 864 Quince Orchard | 150,000 | | | | |

| Other assets | (Value) | Motor vehicle #1 Make, model & year: | Motor vehicle #2 Make, model & year: |
|---|---|---|---|
| Jeep Liberty | | ~20,000 | |
| | | Value: | Value: |
| | | Registration #: | Registration #: |

7.  State every person, business, or organization owing you or your spouse money, and the amount owed:

| Person, business or organization owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | | |
| | | |
| | | |

Form 6

FORM 6. Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)

8.   State the persons who rely on you or your spouse for support:

| Initials of Person | Relationship | Age |
|---|---|---|
| N/A | | |
| | | |
| | | |

9.   Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home mortgage payment | $ 4426/mth | $ |
| (include lot rented for mobile home) | | |
| Are real estate taxes included? ☐ Yes ☑ No | | |
| Is property insurance included? ☐ Yes ☑ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 230/mth | $ |
| Home maintenance (repairs and upkeep) | $ 100/mth | $ |
| Food | $ 200/mth | $ |
| Clothing | $ 0 | $ |
| Laundry and dry cleaning | $ 50/mth | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 400/mth | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's | $ 150/mth | $ |
| Life | $ 254/mth | $ |
| Health | $ 168/mth | $ |
| Motor vehicle | $ 125/mth | $ |
| Other: _____ | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ | $ |

Form 6

FORM 6. Motion and Declaration for Leave to Proceed In Forma Pauperis (continued)

|  | You | Your spouse |
|---|---|---|
| Installment payments | | |
| Motor vehicle | $ 0 | $ |
| Credit card (name): VISA | $ 1000/mth | $ |
| Department store (name): MACY'S | $ 97/mth | $ |
| Other: Sears | $ 325/mth | $ |
| Alimony, maintenance, and support paid to others | $ 0 | $ |
| Regular expenses for operation of business, | $ 0 | $ |
| profession or farm (attach detailed statement) | | |
| Other (specify): _____ | $ | $ |
| **Total monthly expenses:** | $ 7525 | $ |

10.   Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes   ☑ No          If yes, describe on an attached sheet.

11.   Have you paid, or will you be paying, an attorney any money for services in connection with this case, including the completion of this form?

☐ Yes   ☑ No          If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

12.   Have you paid, or will you be paying, anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ Yes   ☑ No          If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

13.   Provide any other information that will help explain why you cannot pay the docketing fees for your appeal or petition for review.

I am unemployed. The USPTO fired me and I have not found a job. Contract work pays only when I get an assignment.

Form 6

**FORM 6.  Motion and Declaration for Leave to Proceed in Forma Pauperis (continued)**

14.    Have you ever filed a motion for leave to proceed in forma pauperis in any other case in this court? [ ] Yes [✓] No    If yes, state the name and docket number of that case.

15.    State the address of your legal residence:

2827 Otis St, NE Washington, DC 20018

Your daytime phone number: (202) 441-8941

Your age: 44        Your years of schooling: BS-Chemistry  7 years
                                                MA-Education

You must sign and date the declaration under penalty of perjury.

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury, under the laws of the United States, that my answer on this form are true and correct.

5-20-08
_____
Date

Renee M Berry
_____
Petitioner's/Appellant's signature

cc:

### ORDER OF THE COURT

| The motion to proceed in forma pauperis is DENIED. The docketing fee must be paid within 14 days. | The motion to proceed in forma pauperis is GRANTED. Let the applicant proceed without prepayment of the docketing fee. |
|---|---|
| _____  MAY 29 2008 | _____ |
| Circuit Judge        Date | Circuit Judge or Clerk        Date |

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 29 2008

**JAN HORBALY
CLERK**

VIRGINIA EMPLOYMENT COMMISSION
NOTICE OF DEPUTY'S DETERMINATION

5520 Cherokee Ave #100
Alexandria        VA 22312

(703) 813-1300    LON: 001
(703) 813-1338/FAX

CLAIMANT NAME AND ADDRESS
RENEE R BERRY
2827 OTIS STREET, NE
WASHINGTON          DC   20018

SSN: ████████
PROGRAM: 05        BYE: 01/24/09
LTRN: 01
LAST 30 DAY/240 HOUR EMPLOYER
DEPARTMENT OF COMMERCE
TALX UCEXPRESS
PO BOX 66945
ST. LOUIS          MO   63166

BASED ON FACTS OBTAINED IN CONNECTION WITH THIS CLAIM FOR UNEMPLOYMENT COMPENSATION
FILED EFFECTIVE 01/27/08, THE UNDERSIGNED DEPUTY PURSUANT TO SECTION 60.2-618(2)  OF THE
VIRGINIA UNEMPLOYMENT COMPENSATION ACT (AS SHOWN ON BACK) RENDERS THE FOLLOWING DETERMINATION:

        CLAIMANT QUALIFIED EFFECTIVE 01/27/08

THE RECORD OF THIS CLAIM INDICATES THE CLAIMANT WAS DISCHARGED FROM HER JOB BY THE ABOVE EMPLOYER
DUE TO UNSATISFACTORY JOB PERFORMANCE.  ALTHOUGH THE CLAIMANT DID HER JOB TO THE BEST OF HER
ABILITY, SHE APPARENTLY WAS UNABLE TO MEET THE EMPLOYER'S STANDARDS FOR PERFORMANCE.  THERE WAS NO
EVIDENCE OF MISCONDUCT ON THE CLAIMANT'S PART.

THE VIRGINIA UNEMPLOYMENT COMPENSATION ACT PROVIDES THAT AN INDIVIDUAL SHALL BE DISQUALIFIED IF IT
IS FOUND THAT HE WAS DISCHARGED AS A RESULT OF MISCONDUCT IN CONNECTION WITH WORK.  MISCONDUCT
EXISTS IF IT IS SHOWN THAT THERE WAS A WILLFUL OR SUBSTANTIAL DISREGARD OF THE EMPLOYER'S INTEREST
OR STANDARDS OF BEHAVIOR THAT AN EMPLOYER HAS THE RIGHT TO EXPECT OF HIS EMPLOYEE.

SINCE MISCONDUCT HAS NOT BEEN SHOWN, THE CLAIMANT IS ENTITLED TO BENEFITS.

S. JOHNSON  DEPUTY, VIRGINIA EMPLOYMENT COMMISSION

ANY PARTY NAMED ABOVE WHO DISAGREES WITH THIS DECISION HAS THE RIGHT TO FILE AN APPEAL.
APPEAL RIGHTS ARE EXPLAINED ON THE REVERSE OF THIS FORM.  PLEASE READ THEM CAREFULLY.