


| DC HOME | DC GUIDE | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT |

**CFO HOME**

**TAXPAYER SERVICE CENTER**

**REAL PROPERTY SERVICES**
Property Tax Bills
Property Tax Rates and Calculation
Property Assessment Process
Property Assessment Appeals
Tax Relief Credits
Search Real Property Sales Database
Search Real Property Assessment Database

**CFO / OTR Search**

← Prev

## Property Detail

**Address:** 2827 OTIS ST NE
**SSL:** 4307 0071

### Record Details

| | | | |
|---|---|---|---|
| **Neighborhood:** | WOODRIDGE | **Sub-Neighborhood:** | A |
| **Use Code:** | 12 - Residential-Detached-Single-Fa | **Class 3 Exception:** | No |
| **Tax Type:** | TX - Taxable | **Tax Class:** | 001 - Residential |
| **Homestead Status:** | ** Currently receiving the Senior Citizen Homestead Deduction*. | | |
| **Assessor:** | WALKER WEST | | |
| **Gross Building Area:** | | **Ward:** | 5 |
| **Land Area:** | 7,232 | **Triennial Group:** | 3 |

### Owner and Sales Information

| | |
|---|---|
| **Owner Name:** | BESSIE B BERRY |
| **Mailing Address:** | 2827 OTIS ST NE; WASHINGTON DC20018-2929 |
| **Sale Price:** | Not Available |
| **Sale Date:** | 08/06/2004 |
| **Instrument No.:** | 109097 |

### Tax Year 2010 Preliminary Assessment Roll

| | Current Value | Proposed New Value (2010) |
|---|---|---|
| Land: | $246,180 | $210,810 |
| Improvements: | $336,610 | $288,120 |
| Total Value: | $582,790 | $498,930 |
| Taxable Assessment:* | $328,901 | $361,791 |

* Taxable Assessment after Tax Assessment Credit and after $67,500 Homestead Credit, if applicable. (Click here for more information).

** This property is currently receiving tax relief through the Homestead deduction program. If you are not domiciled in the District or the property is not your principal place of residence, you are obligated to inform the Office of Tax and Revenue. This can be done by accessing the link below and completing the necessary form and returning it per the instructions. You may also write to the Office of Tax and Revenue, Real Property Administration, P.O. Box 176, Washington, DC 20044. For additional information regarding the Homestead program, call (202)727-4TAX. Click here to download the Homestead Deduction and Senior Citizen Tax Relief cancellation application *

DEFENDANT'S EXHIBIT 3
1:08cv697
PENGAD 800-631-6989