


| | | | |
|---|---|---|---|
| DC HOME | DC GUIDE | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT |

**CFO HOME**

**TAXPAYER SERVICE CENTER**

**REAL PROPERTY SERVICES**
Property Tax Bills
Property Tax Rates and Calculation
Property Assessment Process
Property Assessment Appeals
Tax Relief Credits
Search Real Property Sales Database
Search Real Property Assessment Database

**CFO / OTR Search**

← Prev

## Property Detail

**Address:** 0047 SHERIDAN ST NE
**SSL:** 3722 0037

### Record Details

| | | | |
|---|---|---|---|
| **Neighborhood:** | TAKOMA | **Sub-Neighborhood:** | |
| **Use Code:** | 12 - Residential-Detached-Single-Fa | **Class 3 Exception:** | No |
| **Tax Type:** | TX - Taxable | **Tax Class:** | 001 - Residential |
| **Homestead Status:** | ** Not receiving the Homestead Deduction | | |
| **Assessor:** | STEVEN CLARK | | |
| **Gross Building Area:** | | **Ward:** | 4 |
| **Land Area:** | 4,800 | **Triennial Group:** | 3 |

### Owner and Sales Information

| | |
|---|---|
| **Owner Name:** | RENEE R BERRY |
| **Mailing Address:** | 47 SHERIDAN ST NE; WASHINGTON DC20011-1411 |
| **Sale Price:** | Not Available |
| **Sale Date:** | Not Available |
| **Instrument No.:** | |

### Tax Year 2010 Preliminary Assessment Roll

| | Current Value | Proposed New Value (2010) |
|---|---|---|
| Land: | $248,350 | $219,410 |
| Improvements: | $108,590 | $107,590 |
| **Total Value:** | $356,940 | $327,000 |
| **Taxable Assessment:** * | $356,940 | $327,000 |

* Taxable Assessment after Tax Assessment Credit and after $67,500 Homestead Credit, if applicable. (Click here for more information).

** If you believe you should be receiving tax relief through the Homestead deduction program and if you are domiciled in the District and this property is your principal place of residence, you can access the link below, complete the form, and return it per the instructions. For additional information regarding the Homestead program, call (202)727-4TAX. Click here to download the Homestead Deduction and Senior Citizen Tax Relief application *

**DEFENDANT'S EXHIBIT 4** 1:08cv697

View Tax Information | View Property Features | View Payments

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search |

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004