

**Maryland Department of Assessments and Taxation**
**MONTGOMERY COUNTY**
**Real Property Data Search**  (2007 vw5.1)

Go Back
View Map
New Search

**Account Identifier:**   District - 09 Account Number - 02164922

### Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | BERRY, RENEE R | **Use:** | RESIDENTIAL CONDO |
| | | **Principal Residence:** | NO |
| **Mailing Address:** | PO BOX 60407 | **Deed Reference:** | 1) / 8788/ 783 |
| | WASHINGTON DC 20039-0407 | | 2) |

### Location & Structure Information

| **Premises Address** | **Legal Description** |
|---|---|
| 804 QUINCE ORCHARD BLV | UN 804-201 DIAMOND F |
| GAITHERSBURG 20878 | ARMS CODM PH 1 |

| Map | Grid | Parcel | Sub District | Subdivision | Section | Block | Lot | Assessment Area | Plat No: |
|---|---|---|---|---|---|---|---|---|---|
| FT21 | | | | 249 | | A | | 3 | Plat Ref: |

| | Town | GAITHERSBURG | | |
|---|---|---|---|---|
| **Special Tax Areas** | Ad Valorem | | | |
| | Tax Class | 49 | | |

| Primary Structure Built | Enclosed Area | Property Land Area | County Use |
|---|---|---|---|
| 1982 | 850 SF | | 118 |

| Stories | Basement | Type | Exterior |
|---|---|---|---|
| | | CONDO GARDEN | |

### Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As Of 01/01/2009 | As Of 07/01/2008 | As Of 07/01/2009 |
| Land | 43,500 | 31,500 | | |
| Improvements: | 101,500 | 73,500 | | |
| Total: | 145,000 | 105,000 | 145,000 | 105,000 |
| Preferential Land: | 0 | 0 | 0 | 0 |

### Transfer Information

| | | | |
|---|---|---|---|
| **Seller:** | | **Date:** 04/21/1989 | **Price:** $54,000 |
| **Type:** IMPROVED ARMS-LENGTH | | **Deed1:** / 8788/ 783 | **Deed2:** |
| **Seller:** | | **Date:** | **Price:** |
| **Type:** | | **Deed1:** | **Deed2:** |
| **Seller:** | | **Date:** | **Price:** |
| **Type:** | | **Deed1:** | **Deed2:** |

### Exemption Information

| Partial Exempt Assessments | Class | 07/01/2008 | 07/01/2009 |
|---|---|---|---|
| County | 000 | 0 | 0 |
| State | 000 | 0 | 0 |
| Municipal | 000 | 0 | 0 |

**Tax Exempt:**  NO
**Exempt Class:**

**Special Tax Recapture:**
* NONE *

DEFENDANT'S EXHIBIT 5
1:08cv697