AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

**FILED**

_Eastern_ District of _Virginia_

Reneé R Berry
Plaintiff

v.

Secretary Carlos Gutierrez
U.S. Department of Commerce
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

2008 JUL -7 P 4:46
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

CASE NUMBER: 1:08cv 697

I, _Reneé R Berry_, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _No_  Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   
   In the last 9 months, I have only earned 2800. I have done part-time contract work but I am essentially unemployed.
   
   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☒ Yes | ☐ No |
   | b. | Rent payments, interest or dividends | ☒ Yes | ☐ No |
   | c. | Pensions, annuities or life insurance payments | ☒ Yes | ☐ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   **DEFENDANT'S EXHIBIT 6**
   1:08cv697

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

   I got 2800 from Contract work.
   I get 1415 for rent, but the mortgage is 1774 (So, I owe more each month)
   I got my TSP, but spent it all on bills. No remaining funds from TSP or retirement

AO 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?     ☒ Yes     ☐ No
   If "Yes," state the total amount. ~ 500

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?     ☒ Yes     ☐ No
   If "Yes," describe the property and state its value.

   I own a Jeep and house.
   I have debt: Credit card, mortgage, insurances: health & life insurance

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   I have no dependents

I declare under penalty of perjury that the above information is true and correct.

_7/7/08_                    _Renee May_
Date                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

| ORDER OF COURT | |
|---|---|
| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
| United States Judge          Date | United States Judge          Date<br>or Magistrate |