AUTO

# US Court of Federal Claims
## United States Court of Federal Claims (COFC)
### CIVIL DOCKET FOR CASE #: 1:08-cv-00330-LB

BERRY v. USA
Assigned to: Judge Lawrence J. Block
Cause: 28:1491 Tucker Act

Date Filed: 05/05/2008
Jury Demand: None
Nature of Suit: 312 Civilian Pay - Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

RENEE R. BERRY     represented by     RENEE R. BERRY
2827 Otis Street, NE
Washington, DC 20018
PRO SE

V.

**Defendant**

USA     represented by     Gregg M. Schwind
U.S. Department of Justice -
Commercial Litigation Branch
Civil Division
1100 L Street, NW
Washington, DC 20530
(202) 353-2345
Fax: (202) 514-8624
Email: gregg.schwind@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/05/2008 | 1 | COMPLAINT against USA (COM) ( Filing fee $250, Receipt number 068079), filed by RENEE R BERRY.**Answer due by 7/7/2008.**(vro) (Entered: 05/07/2008) |
| 05/05/2008 | 2 | NOTICE of Assignment to Judge Lawrence J. Block (vro) (Entered: 05/07/2008) |
| 05/05/2008 | 3 | NOTICE of Assignment to Judge Eric G. Bruggink for Auto ADR proceedings. (vro) (Entered: 05/07/2008) |
| 05/16/2008 | 4 | ORDER Removing Case from the ADR process. Judge Senior Judge |

DEFENDANT'S EXHIBIT 10
1:08cv697

| | | |
|---|---|---|
| | | Bruggink no longer assigned to the case. Signed by Senior Judge Eric G. Bruggink. (mb2) (Entered: 05/20/2008) |
| 05/30/2008 | 5 | NOTICE of Appearance by Gregg M. Schwind for USA Service: 5/30/2008. (vro) (Entered: 06/03/2008) |
| 07/07/2008 | 6 | MOTION to Dismiss pursuant to Rule 12(b)(1), filed by USA. Service: 7/7/2008.**Response due by 8/7/2008.**(vro) (Entered: 07/10/2008) |
| 07/30/2008 | 7 | RESPONSE to 6 MOTION to Dismiss pursuant to Rule 12(b)(1), filed by RENEE R BERRY. (by leave of the Judge )**Reply due by 8/18/2008.** Service: 7/28/2008.(vro) (Entered: 07/30/2008) |
| 10/31/2008 | 8 | ORDER for SUPPLEMENTAL BRIEFING Signed by Judge Lawrence J. Block. (vro) (Entered: 11/03/2008) |
| 12/01/2008 | 9 | SUPPLEMENTAL BRIEF, filed by RENEE R BERRY. Service: 12/1/2008. (vro) (Entered: 12/02/2008) |
| 12/02/2008 | 10 | SUPPLEMENTAL BRIEF, filed by USA. Service: 11/28/2008.(vro) (Entered: 12/03/2008) |
| 02/13/2009 | 11 | SCHEDULING ORDER: Accordingly, the Court Orders the parties to file, by March 13, 2009. Supplemental Briefing, Additionally, Plaintiff also has until March 13, 2009. to producce any additional evidence concerning the sequence of her filings. Signed by Judge Lawrence J. Block. (vro) (Entered: 02/19/2009) |
| 03/13/2009 | 12 | SUPPLEMENTAL BRIEF, filed by RENEE R. BERRY. Service: 3/13/2008. (vro) (Entered: 03/18/2009) |
| 03/13/2009 | 13 | RESPONSE to 11 Scheduling Order,, filed by USA. Service: 3/13/2009.(vro) (Entered: 03/18/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/30/2009 13:23:38 | | | |
| PACER Login: | du2199 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:08-cv-00330-LB |
| Billable Pages: | 1 | Cost: | 0.08 |