```
cluqtr3                    S T A T U S   O F   U N E M P L O Y M E N T   C L A I M S           Page: 30      04/02/2008
                                   *** FOR THE PERIOD: 01/01/2008  THRU 03/31/2008 ***

C11Z000    U.S. DEPARTMENT OF COMMERCE
           UI COMPENSATION DEPT. H5012
           14TH ST. & CONSTITUTION AVE NW
           WASHINGTON, DC           20230
           MS. PHYLLIS ALEXANDER


***********************************************************************************************************************
* 561510762000000000 ART UNIT 1762                                                                                     *
***********************************************************************************************************************

**---------CLAIMANT---------** **------SEPARATION INFORMATION-------** **--------CLAIM--------** **------STATUS OF CLAIM---------**
ST    SOC SEC NO.    NAME     SEPARATED RECEIVED    EXPLANATION         RECEIVED       TYPE

VA                RR BERRY    07/24/07 02/13/08 DISCHARGED              02/11/08       BASE      CLAIM ALLOWED-EMPLOYER DOES NOT
                              REQUESTED SEPARATION INFORMATION                         PERIOD    WISH TO APPEAL THE DECISION.
                                       02/11/08 RECORDS NOT AVAIL.
                              REQUESTED SEPARATION INFORMATION
                              01/06/06 01/31/06 DSCH-UNSATISFACTORY
                              COMMENT:
```

```
cluchgpr                    SUMMARY OF UNEMPLOYMENT CHARGES              Page: 9        07/04/2008
                              *** FOR THE PERIOD: 01/01/2008 THRU 03/31/2008 ***

C11Z000     U.S. DEPARTMENT OF COMMERCE
            UI COMPENSATION DEPT. H5012
            14TH ST. & CONSTITUTION AVE NW
            WASHINGTON, DC         20230
            MS. PHYLLIS ALEXANDER


*************************************************************************************************************
* 561510762000000000 ART UNIT 1762                                                                            *
*************************************************************************************************************

ST      SOCIAL                          CHG/PER     DATE OF      BENEFIT        TOTAL   CHARGES
        SECURITY        NAME            QTRLY       CLAIM        WEEK           DEBITS          CREDIT

VA                      RR BERRY        08/01       01/27/08     02/09/08       363.00
VA         "                            08/01       01/27/08     02/16/08       363.00
VA         "                            08/01       01/27/08     02/23/08       363.00
VA         "                            08/01       01/27/08     03/01/08       363.00
VA         "                            08/01       01/27/08     03/08/08       363.00
VA         "                            08/01       01/27/08     03/15/08       363.00
VA         "                            08/01       01/27/08     03/22/08       363.00
VA         "                            08/01       01/27/08     03/29/08       363.00
                                                                              ---------        --------
                                                                              $2,904.00         $.00
```

```
cluchgpr              SUMMARY  OF  UNEMPLOYMENT  CHARGES        Page: 6      10/02/2008
                      *** FOR THE PERIOD: 04/01/2008 THRU 06/30/2008 ***
```

C11Z000    U.S. DEPARTMENT OF COMMERCE
           UI COMPENSATION DEPT. H5012
           14TH ST. & CONSTITUTION AVE NW
           WASHINGTON, DC         20230
           MS. PHYLLIS ALEXANDER

```
*************************************************************************************************************************
* 561510762000000000 ART UNIT 1762                                                                                       *
*************************************************************************************************************************
```

| ST | SOCIAL SECURITY | NAME | CHG/PER QTRLY | DATE OF CLAIM | BENEFIT WEEK | TOTAL DEBITS | CHARGES CREDIT |
|---|---|---|---|---|---|---|---|
| VA | | RR BERRY | 08/02 | 01/27/08 | 04/12/08 | 363.00 | |
| VA | " | | 08/02 | 01/27/08 | 04/19/08 | 363.00 | |
| VA | " | | 08/02 | 01/27/08 | 05/03/08 | 363.00 | |
| VA | " | | 08/02 | 01/27/08 | 05/10/08 | 363.00 | |
| VA | " | | 08/02 | 01/27/08 | 05/17/08 | 363.00 | |
| VA | " | | 08/02 | 01/27/08 | 05/24/08 | 363.00 | |
| VA | " | | 08/02 | 01/27/08 | 05/31/08 | 363.00 | |
| VA | " | | 08/02 | 01/27/08 | 06/07/08 | 363.00 | |
| VA | " | | 08/02 | 01/27/08 | 06/14/08 | 363.00 | |
| VA | " | | 08/02 | 01/27/08 | 06/21/08 | 363.00 | |
| VA | " | | 08/02 | 01/27/08 | 06/28/08 | 363.00 | |
| | | | | | | -------------- | -------------- |
| | | | | | | $3,993.00 | $.00 |

```
cluchgpr                    S U M M A R Y   O F   U N E M P L O Y M E N T   C H A R G E S          Page: 4        01/03/2009
                                  *** FOR THE PERIOD: 07/01/2008  THRU 09/30/2008 ***

C11Z000      U.S. DEPARTMENT OF COMMERCE
             UI COMPENSATION DEPT. H5012
             14TH ST. & CONSTITUTION AVE NW
             WASHINGTON, DC          20230
             MS. PHYLLIS ALEXANDER


**************************************************************************************************************************
* 561510762000000000 ART UNIT 1762                                                                                         *
**************************************************************************************************************************

ST       SOCIAL                            CHG/PER     DATE OF     BENEFIT       TOTAL    CHARGES
         SECURITY         NAME             QTRLY       CLAIM       WEEK          DEBITS            CREDIT

VA                        RR BERRY         08/03       01/27/08    07/05/08      363.00

VA                        "                08/03       01/27/08    07/12/08      363.00

VA                        "                08/03       01/27/08    07/19/08      363.00

VA                        "                08/03       01/27/08    07/26/08      363.00

VA                        "                08/03       01/27/08    08/02/08      363.00

VA                        "                08/03       01/27/08    08/09/08      363.00

VA                        "                08/03       01/27/08    08/16/08      363.00
                                                                                 -------------     -------------
                                                                                 $2,541.00         $.00
```